```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 24536
    CRESWELL BURCH
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5755

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 09/17/2008 and was not confirmed.

    The case was dismissed without confirmation 10/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CITIBANK                   SECURED NOT I    NOT FILED            .00           .00
CENTRAL FINANCIAL CONTRO   UNSECURED         1853.88             .00           .00
CENTRAL FINANCIAL CONTRO   UNSECURED         1660.36             .00           .00
CENTRAL FINANCIAL CONTRO   UNSECURED         1024.00             .00           .00
CITIBANK NA                CURRENT MORTG         .00             .00           .00
CITIBANK NA                SECURED NOT I    40323.03             .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS                 DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       ---------------        ---------------
TOTALS                     .00                      .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```